AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 29 2015
OFFICE OF THE CLERK

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| RETA WHITE | ) | |
| a.k.a: Reta Smith | ) | 8:15MJ166 |
| a.k.a.: Vanessa Smith | ) | |
| a.k.a: Rita Jackson | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 23, 2015__ in the county of __Douglas__ in the _____ District of __NEBRASKA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code 1071 | On or about June 23, 2015, in the District of Nebraska, the defendant, RETA WHITE, a.k.a: Reta Smith, a.k.a: Vanessa Smith, a.k.a.: Rita Jackson, harbored and concealed Jermaine Finley Jr., a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Jermaine Finley Jr., after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Jermaine Finley Jr., and which warrant had been issued on a felony charge in violation of Title 18, United States Codes, Section 1071. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

SA DONALD MANN, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/29/15

*Judge's signature*

City and state: Omaha, Nebraska          THOMAS D. THALKEN   U.S. Magistrate Judge
*Printed name and title*

1. I, Donnie Mann, being duly sworn, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the U.S. Department of Justice and have been so for approximately six years.

2. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and the Bureau of Alcohol, Tobacco, Firearms and Explosives' National Academy. My duties as a Special Agent consist of investigating criminal violations of federal alcohol, tobacco, firearm, arson and explosives laws. During the course of my employment, I have written and participated in multiple investigations related to violations of federal law, which resulted in felony arrests, search warrants, criminal complaints and the confiscation of firearms and narcotics.

3. Furthermore, pursuant to Title 18, United States Code, Section 1071, I know that whoever harbors or conceals any person for whose arrest a warrant or process has been issued under the provisions of any law of the United States, so as to prevent his discovery and arrest, after notice or knowledge of the fact that a warrant or process has been issued for the apprehension of such person, shall be fined under this title or imprisoned not more than one year, or both; except that if the warrant or process issued on a charge of felony, or after conviction of such person of any offense, the punishment shall be a fine under this title, or imprisonment for not more than five years, or both.

4. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or detail observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of phone calls, documents, and other physical evidence obtained during the investigation.

5. On June 23, 2015, members of the Metro Fugitive Task Force (MFTF) were conducting a fugitive investigation to locate Jermaine Finley Jr. (aka "Boothie" aka "Lil Jermaine"), the subject of a federal felony arrest warrant issued in case number 8:15CR183 which is pending before the U.S. District Court, District of Nebrsaka. At approximately 10:00am, Deputy United States Marshals (DUSM) and Task Force Officers (TFO) began surveillance of the only known address for Finley Jr. (3323 North 40th Street), that residence belongs to Reta WHITE (a.k.a. Reta Smith, a.k.a.Vanessa Smith, a.k.a. Rita Jackson), grandmother of Finley Jr. At approximately 12:45pm, DUSM Thadd Baird and TFO Jason Cvitanov observed a light blue minivan pull into the driveway of the residence. TFO Cvitanov observed Finley Jr. exit the van and enter the residence. Within several minutes the MFTF had established a perimeter around 3323 North 40th Street.

6. DUSM Baird approached the residence and knocked and announced his presence at the now closed front door of the residence. Several minutes later WHITE opened the front door, stood in the doorway, and said "Who y'all want?" DUSM Baird informed WHITE that the MFTF was searching for Finley Jr. because he had an active federal

arrest warrant and MFTF members just witnessed him walk inside the residence. WHITE stated "He's not here" and then said "Now, Jermaine Sr. might be here." DUSM Baird again informed WHITE that they were looking for Jermaine Finley Jr. not Jermaine Finley Sr. WHITE replied "Well, Big Jermaine was here, I will see if he left." WHITE then disappeared down a hallway on the left and then returned to the front door and stated "Well, Big Jermaine must have left." DUSM Baird again stated that he was not looking for Big Jermaine, but that they were looking for Little Jermaine. DUSM Baird then informed WHITE that WHITE's residence is Finley Jr.'s listed address and that the MFTF was going to search the residence for Finley Jr. WHITE then stated that law enforcement could not search. However, based upon TFO Cvitanov witnessing Finely Jr. enter the residence and none of the other law enforcement along the perimeter reporting Finely Jr. exiting the residence, four MFTF members entered the residence to search for Finely Jr.

7. When asked by law enforcement, WHITE told officers where Finley Jr.'s bedroom was located; however, WHITE still maintained she did not know where Finley Jr was. As soon as MFTF members opened the door to Finley Jr's bedroom, Finley Jr. was found sitting in the bedroom and was apprehended. Finley Jr.'s bedroom was located in the same hallway WHITE had disappeared down earlier when she stated she was looking for Big Jermaine, and was approximately 10-15 feet from the front door where WHITE had been speaking to the MFTF members.

8. After his arrest, Finley Jr. was booked into the Douglas County Correctional (DCC) facility on the federal charges pending before the U.S. District Court in case number 8:15CR183. The next day, on June 24, 2015 at approximately 1011 hours, while still in the DCC facility, Finley Jr. called the mother of his child at telephone number (402) 312-1985. At the time, WHITE was with the mother of Finley's child and also spoke with Finley Jr. The following is a synopsis of the pertinent portion of the conversation between WHITE and Finley Jr.

**WHITE** – *Why you didn't lie though?*

**FINLEY JR.** – *For what? They was going to find me anyway, da fuck.*

**WHITE** – *They went downstairs and didn't do nothing but go thru the drawers and look under the mattress.*

**FINLEY JR.** – *Yeah because they already found me.*

**WHITE** – *We talked about the garage last time. I don't know why you didn't go down there and hide.*

**FINLEY JR.** – *It didn't even matter, I was going to get caught eventually. This shit was going to have to happen eventually.*

**WHITE** - *Yeah eventually but I wasn't ready. I wanted you to stay out the whole summer at least. I cussed that bastard out too. I cussed all of them out. He talkin about you going to jail for uh harboring a fugitive. I said you can kiss my ass, that's what you can do. I said what you think I'm about to cry and shit and say take these handcuffs off, cause it's not goin happen. I said you black motherfucker, all the times that I was talkin to you. I said motherfucker all the time you trying to railroad my grandson huh. He was like yeah. I said you the (inaudible) black bastard. They gonna turn around and ask me to snitch on some-goddamn-body. Motherfucker you better do your jobs. I'm so fucking mad. All this time he trying act like he getting your daddy outta jail, he's trying to come get you.*

**FINLEY JR.** – *Yeah I know.*

9. Later, on June 24, 2015 at approximately 1301 hours, Gregory Bahati a.k.a Pooh Bear, an inmate at the DCC facility placed a phone call to WHITE at (402) 686-8036. WHITE initially thought the phone call was from her grandson, Finley Jr, who is also an inmate at DCC. The following is a synopsis of the pertinent portion of the conversation between WHITE and Bahati.

**BAHATI** – *Hello?*

**WHITE** – *Yeah, Jordan and them went down there by you ain't got no court, they said you ain't got no court.*

**BAHATI** – *Who?*

**WHITE** – *Jordan and Jaden.*

**BAHATI** – *This Pooh Bear.*

**WHITE** – *Oh this Po…this Pooh Bear.*

**BAHATI** – *Yeah.*

**WHITE** – *Ahh boy I don't (inaudible) ya damn voice. I thought you Lil Jermaine nigga, you sound like Pooh Bear, I mean Lil Jermaine. Yeah the nigga they came got my nigga. I had him up in here, I was like nigga go hide go hide. I'm thinkin I'm out here cussin em out for like 30 minutes nigga, got em at the door with they little shield and they big guns out and stuff. I said y'all ain't comin in here, I don't know what the fuck y'all think y'all goin. They said oh yeah we're coming, we comin in there. I said no the fuck you ain't comin in here and so I'm just arguing with them, tryin to, so lil Jermaine can hurry up and find him a spot, you know what I'm sayin? These niggas gonna go in my room and sit in there and just wait on him. I'm like cussin these people out for like 30 minutes, then they come in the house they was like you under arrest for harboring a fugitive, you said he wasn't here. I said man fuck y'all. What y'all want me to do, start cryin and say please take the handcuffs off? I said motherfucker I done been around the block so I*

*don't care about nothing you sayin. So then they took my weed and dumped it out and rubbed it in the ground and all that old shit. The nigga that was over here he was like y'all take her to jail. I said why in the fuck would you tell them to take me to jail? I said man fuck you, that's what I said, I said to you black bastard.*

**BAHATI** – *Man*

**WHITE** – *I went ape up in here. They chargin him with all them guns. They said his DNA is on all them motherfuckin guns that were in here. Ain't that crazy?*

_____
Donald Mann, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed to and sworn to before me on June 29, 2015.

_____
Hon. Thomas D. Thalken
United States Magistrate Judge