FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JUL 22 PM 4:53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RETA WHITE, a.k.a: Reta Smith,
a.k.a.: Vanessa Smith, a.k.a: Rita Jackson,

    Defendant.

8:15CR 210

INDICTMENT
18 U.S.C. § 1071

The Grand Jury charges that

## COUNT I

On or about June 23, 2015, in the District of Nebraska, the defendant, RETA WHITE, a.k.a: Reta Smith, a.k.a: Vanessa Smith, a.k.a.: Rita Jackson, harbored and concealed Jermaine Finley Jr., a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Jermaine Finley Jr., after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Jermaine Finley Jr., and which warrant had been issued on a felony charge.

In violation of Title 18, United States Codes, Section 1071.

A TRUE BILL

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

      The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

                                                  Douglas J. Amen
                                                  Special Assistant U.S. Attorney